UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN RINGELBERG,

                        Plaintiff,

-v-

THE CITY OF NEW YORK et al.,

                        Defendants.

---

THE CITY OF NEW YORK,

                        Counterclaim Plaintiff,

-v-

ANDRE DENNIS and CARLO NAPPI,

                        Counterclaim Defendants

20 Civ. 7251 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On January 13, 2021, counterclaim plaintiff the City of New York (the "City") obtained a clerk's certificate of default against counterclaim defendants Andre Dennis and Carlo Nappi. *See* Dkt. 27.  On February 23, 2021, the City moved for a default judgment as to each.  *See* Dkts. 28–30.  The City's papers in support of its motion are in good order.

In light of the current public health situation, the Court will resolve the default judgment motion on the papers.  If either defendant wishes to oppose the motion, counsel for such defendant shall enter a notice of appearance before March 18, 2021, and file an opposition on ECF, explaining why a default judgment is not warranted, by **March 18, 2021, at 2:30 p.m.**[1]

---

[1] If defendants Andre Dennis and Carlo Nappi elect to proceed *pro se*, they may, instead, submit an opposition explaining why a default judgment is not warranted, by March 18, 2021, at 2:30

The City is directed to serve this order on Dennis and Nappi forthwith and file proof of this service no later than March 1, 2021.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 25, 2021
       New York, New York

---

p.m., via email to temporary_pro_se_filing@nysd.uscourts.gov and EngelmayerNYSDChambers@nysd.uscourts.gov.