```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
City of New York,

                    Counterclaim Plaintiff,

               -against-

Andre Dennis,

                    Counterclaim Defendant.
--------------------------------------------------------------X

**DAMAGES INQUEST SCHEDULING ORDER**

**20-CV-7251 (PAE) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me to conduct an inquest on damages.  (ECF No. 36.)  By Monday, **May 10, 2021**, the City of New York is directed to serve and file an inquest memorandum, accompanied by supporting affidavits and exhibits setting forth proof of damages, including the costs of this action, the City's reasonable attorneys' fees, if applicable, and proposed findings of fact and conclusions of law.  All proposed findings of fact must be supported by admissible evidence introduced through affidavit.  All proposed findings of law must be supported by reference to applicable law.  Claims for actual or statutory damages must be specified and supported with admissible evidence.  Claims for attorneys' fees and costs, if applicable, must be supported by detailed attorney time records and evidence of costs (such as receipts or evidence of paid invoices) introduced through an attorney declaration.

      **By no later than Friday, April 23, 2021**, the City shall serve a copy of the Default Judgment issued by the Hon. Paul A. Engelmayer in this matter (ECF No. 35,) along with a copy of this Order via a method intended to ensure delivery to Dennis.  The City shall file an affidavit of service of the Default Judgment and this Order with the Court.   The City shall also serve a

copy of all papers filed in connection with the damages inquest (as described in the first paragraph of this Order) on Dennis **by Monday, May 10, 2021**.  The City should also file an affidavit of service of the inquest memorandum and accompanying documents with the Court as well.

Dennis shall have until **June 9, 2021** to object or otherwise respond to the City's application for damages in connection with the Default Judgment.  Dennis must file any objections or response with the Court and serve the response and/or objections on counsel for the City.

A telephonic hearing will take place on **Tuesday, June 29, 2021 at 10:00 a.m.**  Counsel for the parties (or Dennis, on behalf of himself) shall be prepared to answer questions and provide testimony, as appropriate, on the damages application.  The parties are directed to call the Court's conference line at the scheduled time.  Please dial (866) 434-5269, access code 4858267.

SO ORDERED.

Dated: March 24, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2