UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CITY OF NEW YORK,

                              Counterclaim Plaintiff,

                -v-

ANDRE DENNIS and CARLO NAPPI,

                              Counterclaim Defendants.

20 Civ. 7251 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received an email from *pro se* defendant Carlo Nappi describing his recent, unsuccessful efforts to secure counsel and intent to respond to the City of New York's counterclaims against him by April 30, 2021. The Court had previously ordered Nappi to file that response by April 13, 2021, *see* Dkt. 34, and so construes his recent message as a request for an extension of time. That request is granted. Nappi's response to the City's counterclaims is due by **Friday, April 30, 2021**. Absent extraordinary circumstances, Nappi should not expect any further extensions.

Going forward, Nappi must file all correspondence intended for the Court on the public docket and, as previously ordered, must appear *pro se* in this case. If Nappi requires assistance in doing so, he should review the District's instructions for representing himself in court, which are available at https://www.nysd.uscourts.gov/prose/role-of-the-prose-intake-unit/contact. He may also contact the District's Pro Se Intake Unit at (212) 805-0175 for further information.

The City is directed to serve this order on Nappi.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: April 27, 2021
New York, New York