UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CITY OF NEW YORK,
                Counterclaim Plaintiff,

-against-

ANDRE DENNIS and CARLO NAPPI,
                Counterclaim Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/2022

20 **CIVIL** 7251 (PAE)(KHP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 3, 2022, the Report is adopted in full. Defendants are permanently enjoined, and the City is awarded $167,500 in civil penalties against Nappi and $2,543,310 in damages against Nappi and Dennis, jointly and severally, plus post-judgment interest.

**Dated:**  New York, New York
          January 3, 2022

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**
                      **BY:**
                                              **Deputy Clerk**